8-5-2021

Clerk of The Court
Attention
Prisoner Correspondence

I want to remind that I am not no more at Rivers Correctional Institution I was transfer Feb. 3. 2021, to Big Spring Flightline, Correctional Institution.
2001 Rickabaugh Drive
Big Spring Texas 79720

My new address is
Big Spring Flightline, Correctional Institution
2001, Rickabaugh Drive
Big Spring, Texas 79720

Clacy Watson Herrera
41327-424
Big Spring Flightline, Correctional Institution
2001, Rickabaugh Drive
Big Spring, Texas 79720

FILED
AUG 12 2021 MO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Chay Watson Herrera
48327-424
Big Spring Flightline correctional institution
2001 Rickabaugh Drive
Big Spring Texas 79720

Clerk of The Court
ATTENTION Prisoner correspondence.
219 S Dearborn ST
Chicago Ill 60604

ACCEPTED BY
BIG SPRING FLIGHTLINE
08/12/2021-14